IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LUTRICIA BARNETT BUCKLEY, et al.,

    Plaintiffs,                             Case No.: 03-2874 D P

v.

CITY OF MEMPHIS, et al.,

    Defendant.

---

ORDER DENYING MOTION TO RECONSIDER

---

Before the Court is Defendant Officers' motion seeking to have the Court reconsider its March 23 order setting aside the Magistrate Judge's order and withdrawing the reference. Upon review of the motion and response filed in opposition thereto, the Court finds that Defendants have not established cause to grant relief. Accordingly, based on applicable case law and rules, and upon consideration of the entire record, Defendants' motion to reconsider is DENIED. The Court hereby reaffirms its order of March 23, 2005, finding that the affidavits should not be stricken, and should be considered in evaluating the propriety of summary judgment.

**IT IS SO ORDERED** this  25  day of April , 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT