IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, as Administratrix of the Estate of DENVEY BUCKLEY, for the use and benefit of KATRINA and LATRICE BUCKLEY, as Next of Kin and Heirs at law of DENVEY BUCKLEY, deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, THE CITY OF MEMPHIS POLICE DIVISION, OFFICER PHILLIP PENNY, OFFICER KURTIS SCHILK, OFFICER ROBERT G. TEBBETTS, individually and in their Representative Capacities as City of Memphis Police Division Officers,<br><br>Defendants. | Civil Action<br>No. 03-2874-DP |

## ORDER GRANTING UNOPPOSED JOINT MOTION OF DEFENDANT CITY OF MEMPHIS AND DEFENDANT OFFICERS TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTIONS TO COMPEL

It appearing to the Court, the Unopposed Joint Motion of Defendant City of Memphis and Defendant Officers to Extend the Deadline to Respond to Plaintiff's Motions to Compel is well taken, and is GRANTED. For cause, the deadline for Defendant City of Memphis and Defendant Officers Phillip Penny, Kurtis Schilk and Robert Tebbetts to respond to Plaintiff's Motion to Compel Testimony and Documents Concerning Early Intervention Program and Anger Management Referral of Defendant Schilk,

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 5-31-05



1

and the deadline for Defendant City of Memphis to respond to Plaintiff's Motion to Compel Production of Individuals with Knowledge Concerning Prior Incidents of In-Custody Deaths and Motion to Compel Defendant City of Memphis to Designate a Representative for Deposition Regarding the Memphis Police Department's Policy and Procedure Manual, are extended to May 31, 2005.

_____
Judge

Date: _____5/31/05_____

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT