IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 JUN 13 PM 2:08

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, as Administratrix of the Estate of DENVEY BUCKLEY, for the use and benefit of KATRINA and LATRICE BUCKLEY, as Next of Kin and Heirs at law of DENVEY BUCKLEY, deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, THE CITY OF MEMPHIS POLICE DIVISION, OFFICER PHILLIP PENNY, OFFICER KURTIS SCHILK, OFFICER ROBERT G. TEBBETTS, individually and in their Representative Capacities as City of Memphis Police Division Officers.<br><br>Defendants. | No. 03-2874-DP<br>MAGISTRATE JUDGE TU PHAM |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTIONS FOR PERMISSION TO REPLY AND FOR TEN DAYS TO FILE THE REPLY TO DEFENDANT KURTIS SCHILK'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DEFENDANT KURTIS SCHILK'S EXECUTED MEDICAL AUTHORIZATION FORM

Upon the unopposed motions of Plaintiff Lutricia Barnett Buckley, and for good cause shown, it is HEREBY ORDERED that Plaintiff may have ten (10) days from entry of this order to file a reply to Defendant Kurtis Schilk's response to Plaintiff's motion to compel the execution of Defendant's medical authorization form.

M JAE 884759 v1
2790464-000001 06/09/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05



DONE AND ORDERED this __13__ day of __June__, 2005.

_____
THE HONORABLE J. TU PHAM
UNITED STATES MAGISTRATE JUDGE

M JAE 884759 v1
2790464-000001 06/09/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT