FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE    05 JUN 13 PM 3: 34
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, as Administratrix of the Estate of DENVEY BUCKLEY, for the use and benefit of KATRINA and LATRICE BUCKLEY, as Next of Kin and Heirs at law of DENVEY BUCKLEY, deceased<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, THE CITY OF MEMPHIS POLICE DIVISION, OFFICER PHILLIP PENNY, OFFICER KURTIS SCHILK, OFFICER ROBERT G. TEBBETTS, individually and in their Representative Capacities as City of Memphis Police Division Officers.<br><br>Defendants. | No. 03-2874-DP<br>MAGISTRATE JUDGE TU PHAM |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN ADDITIONAL WEEK TO FILE RESPONSE TO DEFENDANT CITY OF MEMPHIS' MOTION FOR A PROTECTIVE ORDER

Upon the motion of Plaintiff Lutricia Barnett Buckley, and for good cause shown, it is HEREBY ORDERED that Plaintiff may have an additional week to file her response to the Defendant City of Memphis' motion for protective order over individuals with knowledge of prior incidents of in-custody deaths. Plaintiff shall have until June 20, 2005 to file her response.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-14-05

M JAE 884779 v1
2790464-000001 06/09/05

160

DONE AND ORDERED this \_\_13\_\_ day of \_\_June\_\_, 2005.

_____
THE HONORABLE J. TU PHAM
UNITED STATES MAGISTRATE JUDGE

M JAE 884779 v1
2790464-000001 06/09/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 160 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Bernice Donald
US DISTRICT COURT