FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 24  AM 9: 2\_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, as Administratrix of the Estate of DENVEY BUCKLEY, for the use and benefit of KATRINA and LATRICE BUCKLEY, as Next of Kin and Heirs at law of DENVEY BUCKLEY, deceased<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS, THE CITY OF MEMPHIS POLICE DIVISION, OFFICER PHILLIP PENNY, OFFICER KURTIS SCHILK, OFFICER ROBERT G. TEBBETTS, individually and in their Representative Capacities as City of Memphis Police Division Officers,<br><br>　　　　Defendants. | Civil Action No. 03-2874-DP |

**ORDER GRANTING DEFENDANT CITY OF MEMPHIS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PREVENT THE TAKING OF DEPOSITIONS OF INDIVIDUALS WITH KNOWLEDGE CONCERNING PRIOR INCIDENTS OF IN-CUSTODY DEATHS**

It appearing to the Court, Defendant City of Memphis' Motion for Leave to File Reply to Plaintiff's Response to Defendant's Motion for Protective Order to Prevent the Taking of Depositions of Individuals with Knowledge Concerning Prior Incidents of In-Custody Deaths is well taken, and is GRANTED.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05



Defendant City of Memphis shall have permission to file a reply to Plaintiff's Response to Defendant's Motion for Protective Order to Prevent the Taking of Depositions of Individuals with Knowledge Concerning Prior Incidents of In-Custody Deaths by July 5, 2005, which the Clerk is instructed to file.

_____
Judge

Date: June 23, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 173 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT