IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -5 PM 4: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LUTRICIA BARNETT BUCKLEY, as )
Administratrix of the Estate )
of DENVEY BUCKLEY, for the use )
and benefit of KATRINA and )
LATRICE BUCKLEY, as Next of )
Kin and Heirs at law of DENVEY )
BUCKLEY, deceased )
)
      Plaintiff, )
)
v. )  No. 03-2874 DP
)
CITY OF MEMPHIS, THE CITY OF )
MEMPHIS POLICE DIVISION, )
OFFICER PHILLIP PENNY, OFFICER )
KURTIS SCHILK, and OFFICER )
ROBERT T. TEBBETTS, )
individually and in their )
Representative Capacities as )
City of Memphis Police )
Division Officers, )
)
      Defendants. )

ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE
ORDER TO REQUEST FOR ADMISSIONS

Before the court is Defendants Phillip Penny, Kurtis Schilk, and Robert G. Tebbetts's Motion for Protective Order to Request for Admissions, filed on May 24, 2005 (dkt #148). Plaintiff has not filed a response to the motion. For the following reasons, the Defendants' motion is GRANTED.

-1-

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-8-05



## I. BACKGROUND

Plaintiff Lutricia Barnett Buckley ("Plaintiff") is the ex-wife and custodial parent of Katrina Buckley and Nicole Buckley, minors, the natural children and alleged sole heirs at law of the decedent, Denvey Buckley ("Buckley"). Plaintiff alleges that the defendant Memphis Police Department ("MPD") officers, including Officer Kurtis Schilk, used excessive force while seizing Buckley in an altercation that resulted in his death. She also alleges that the City has a policy or practice of failing to supervise, discipline, and train its police officers, which violated Buckley's constitutional rights.

On May 10, 2005, Defendants received Plaintiff's Request for Admissions, which included the following two requests:

> Request No. 1: Lt. Raymond Hopkins was identified by the City of Memphis as the witness who could authenticate the Inspectional Services Bureau Report regarding the Denvey Buckley incident.
>
> Request No. 2: During his deposition of January 10, 2005, Lt. Raymond Hopkins authenticated the Inspectional Services Bureau Report regarding the Denvey Buckley incident of April 19, 2003 that was marked Collective Exhibit 101 (A-C).

Defendants argue that the requests are not the type of requests contemplated under Rule 36 and are not discoverable under Rule 26 because they are duplicative of discovery already taken and not relevant.

## II. ANALYSIS

Local Rule 7.2(a)(2) requires that "The response to the

-2-

motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." The response to Defendant's motion should have been filed by June 11, 2005. Because Plaintiff has not responded to this motion, the court GRANTS the motion on those grounds.

### III. CONCLUSION

For the reasons above, Defendants' Motion for Protective Order to Request for Admissions is GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge


August 5, 2005
Date

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 183 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Bernice Donald
US DISTRICT COURT