IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 AUG 16 PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

LUTRICIA BARNETT BUCKLEY,
et al.,

     Plaintiffs,

vs.                   Civ. No. 03-2874-D/P

CITY OF MEMPHIS, et al.,

     Defendants.

## ORDER DENYING AS MOOT DEFENDANT CITY OF MEMPHIS' MOTION FOR PROTECTIVE ORDER

Before the court is defendant City of Memphis' Motion for Protective Order, filed July 28, 2005 (dkt #180). On August 11, 2005, the plaintiff filed her response, stating that although she believes she is entitled to depose City of Memphis Mayor, Dr. Willie Herenton, she wishes at this time to withdraw the deposition notice. Therefore, the motion for protective order is DENIED as moot.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 15, 2005
Date


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05


188

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 188 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT