IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civ. No. 03-2874-D/P |
| CITY OF MEMPHIS, et al., | ) ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANT CITY OF MEMPHIS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF MEMPHIS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO SERVE UPON PLAINTIFF WRITTEN INTERROGATORIES EXCEEDING TWENTY-FIVE IN NUMBER**

Before the court is defendant City of Memphis' Motion for Leave to File Reply to Plaintiff's Opposition to Defendant City of Memphis' Motion to Compel Discovery from Plaintiff or, in the Alternative, Motion for Leave to Serve Upon Plaintiff Written Interrogatories Exceeding Twenty-Five in Number, filed August 2, 2005 (Dkt #182). For good cause shown, defendant City of Memphis' motion for leave to file reply brief is GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

August 16, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 189 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Bernice Donald
US DISTRICT COURT