IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 OCT 17 PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LUTRICIA BARNETT BUCKLEY, as Administratrix of the Estate of DENVEY BUCKLEY, for the use and benefit of KATRINA and NICOLE BUCKLEY, as Next of Kin and Heirs at law of DENVEY BUCKLEY, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MEMPHIS, THE CITY OF MEMPHIS POLICE DIVISION, OFFICER PHILLIP PENNY, OFFICER KURTIS SCHILK, OFFICER ROBERT G. TEBBETTS, individually and in their Representative Capacities as City of Memphis Police Division Officers. <br><br> Defendants. | No. 03-2874-DP <br> MAGISTRATE JUDGE TU PHAM |

## ORDER DENYING JOINT MOTION TO STAY PROCEEDINGS

This cause came to be heard upon the application of the Defendants for a stay of proceedings pending approval of a tentative settlement agreement between the parties. The Plaintiff has responded, noting that the post-settlement has not yet been finalized between the parties and that Court approval of the settlement is required since the heirs at law of the Plaintiff's decedent are minors. The Plaintiff does not wish to delay the January 2006 trial date in this case. The Defendant Officers have withdrawn their Motion.

The Court finds that discovery has been completed and that permitting the case to move forward without a stay will not result in an undue burden or expense to any party. The Court will

M BPW 904487 v1
2790464-000001 10/06/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05

201

not issue a stay of proceedings in this matter but will schedule a status conference so that the parties can advise the Court of the settlement status of the case, for _____.

IT IS SO ORDERED.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, to Jean Markowitz, Attorney at Law, 100 N. Main, Suite 2400, Memphis, TN 38103, Thomas E. Hansom, 659 Freeman, Memphis, TN 38122, and to Mr. Robert Meyers, Attorney at Law, 3725 Champion Hills Dr., Suite 3000, Memphis, TN 38125, this the 6th day of October, 2005.

Buckner Wellford

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 201 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT