IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LUTRICIA BARNETT BUCKLEY,

    Plaintiff,

v.

                      Case No.: 03-2874 D

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER STRIKING MOTIONS

Pending before the court is Plaintiff's Motion to Compel, (Docket # 139), and Defendant City of Memphis' Motion for Protective Order, (Docket # 152). It appears that the parties have resolved this dispute.

Accordingly, the motions are stricken as moot.

**IT IS SO ORDERED** this __13__ day of __December__, 2005.

                                      BERNICE BOUIE DONALD
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12/19/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 202 in case 2:03-CV-02874 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Buckner Wellford
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Bernice Donald
US DISTRICT COURT