UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 30 PM 1:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

LUTRICIA B. BUCKLEY

v.

CITY OF MEMPHIS, et al.

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2874-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on December 23, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

12-30-2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk